LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
HILARIO MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG;<br>CITY OF PITTSBURG POLICE DEPARTMENT;<br>DANIEL BUCK, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #293);<br>CHUNLIAM SAECHAO, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #288);<br>RYAN WILKIE, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #265);<br>BRIAN SCOTT, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #292); and<br>DOES 1 – 100, inclusive,<br><br>Defendants. | Case No.: C11-01017 SBA (LB)<br><br>STIPULATED PROTECTIVE ORDER |

It is hereby agreed by and between the Office of the District Attorney of Contra Costa County by and through Counsel, Brian Michael Feinberg, Deputy District Attorney, and Plaintiff, Hilario Martinez, by and through Counsel, Panos Lagos, that the documents sought pursuant to Plaintiff's Subpoena Duces Tecum for the production of documents and things constituting the entire District Attorney file in *People v. Hilario Martinez*, Contra Costa County Case No.: 162025-1, served upon the Office of the District Attorney of Contra Costa County on

STIPULATED PROTECTIVE ORDER                                                                                          - 1 -

*Martinez v. City of Pittsburg, et al.*
C11-01017 SBA

July 27, 2011, is subject to the following Protective Order:

1. The confidential information shall be used only in the above-captioned matter;
2. The confidential information produced can be shared with:
   a. Plaintiff;
   b. Plaintiff's counsel, and any counsel associated with Plaintiff's counsel, and who have signed the "Acknowledgment and Agreement to be Bound" (Exhibit A);
   c. Defendants' counsel and their clients ("Defendants" herein) and who have signed the "Acknowledgment and Agreement to be Bound" (Exhibit A);
   d. Experts of either Plaintiff or Defendants to whom the disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to be Bound" (Exhibit A);
   e. The Court and its personnel, court reporters and their staff, professional jury or trial consultants, mock jurors, and professional vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to be Bound" (Exhibit A);
   f. Witnesses in the action, during their depositions, to whom disclosure is reasonably necessary and who have signed the "Acknowledgment and Agreement to be Bound" (Exhibit A);
   g. The author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information;
   h. For trial.

   Pages of transcribed deposition testimony or exhibits to depositions that reveal protected material must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Stipulated Protective Order.
3. Plaintiff shall maintain the confidential information in his custody, control and access.

///

///

4. The confidential information shall not be stored in any type of document or information retrieval system, database, or any format of compilation for such information.

5. The confidential information shall be destroyed upon completion of the above-captioned matter.

IT IS SO STIPULATED, THROUGH COUNSEL AS AFORE DESCRIBED.

Dated: ~~November~~ December 2, 2011

LAW OFFICES OF PANOS LAGOS

_____
Panos Lagos, Esq.
Attorney for Plaintiff,
HILARIO MARTINEZ

Dated: ~~November~~ _____, 2011

Office of the District Attorney,
County of Contra Costa County

By: Brian Michael Feinberg
    Deputy District Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2011

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED PROTECTIVE ORDER — 3 —

*Martinez v. City of Pittsburg, et al.*
C11-01017 SBA

# EXHIBIT A

## ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on _____ [date of order] in the case of *Martinez v. City of Pittsburg, et al.*, Case No.: C11-01017 SBA. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date:_____

City and State where sworn and signed:_____

Printed name:_____
[printed name]

Signature:_____
[signature]