1  PETER P. EDRINGTON, Esq. (074355)
   JAMES M. MARZAN, Esq. (133931)
2  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Boulevard, Suite 450
3  Pleasant Hill, CA  94523-3936
   Telephone:  (925) 827-3300
4  Facsimile:   (925) 827-3320

5  Attorneys for Defendants CITY OF PITTSBURG,
   CITY OF PITTSBURG POLICE DEPARTMENT,
6  DANIEL BUCK, CHUNLIAM SAECHAO, RYAN
   WILKIE and BRIAN SCOTT
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 HILARIO MARTINEZ,                    CASE NO.: C11-01017 SBA

12                                      **STIPULATION FOR INDEPENDENT**
             Plaintiff,                 **MEDICAL EXAMINATION OF**
13      vs.                             **PLAINTIFF AND ORDER THEREON**

14 CITY OF PITTSBURG; et al.

15           Defendants.

16 _____/

17      Pursuant to FRCP Rule 35, IT IS HEREBY STIPULATED by and between the parties to

18 this action, through their designated counsel, that plaintiff HILARIO MARTINEZ has agreed to

19 submit to an Independent Medical Examination to be performed by Michael S. Sutro, M.D., who

20 is a board certified orthopedic surgeon, at 2100 Webster Street, Suite 518, San Francisco, CA

21 94115, on March 26, 2012, at 10:00 a.m.  Said examination shall consist of a standard orthopedic

22 examination and may include relevant diagnostic tests and procedures, including x-rays if

23 necessary, but shall not include any diagnostic test or procedure that is painful, protracted or

24 intrusive.

25 DATED: February __, 2012                LAW OFFICES OF PANOS LAGOS

26                                         _____
                                            Panos Lagos
27                                          Attorney for Plaintiff HILARIO MARTINEZ

28

**Stipulation and Proposed Order**

| | |
|---|---|
| DATED: February __, 2012 | EDRINGTON, SCHIRMER & MURPHY |
| | James M. Marzan<br>Attorney for Defendants<br>CITY OF PITTSBURG, CITY OF PITTSBURG POLICE DEPARTMENT, DANIEL BUCK, CHUNLIAM SAECHAO, RYAN WILKIE and BRIAN SCOTT |

**ORDER**

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that plaintiff HILARIO MARTINEZ submit to an Independent Medical Examination to be performed by Michael S. Sutro, M.D., on March 26, 2012, at 10:00 a.m.

Dated: 2/27/12            By: _/s/ Saundra B. Armstrong_
                                  Honorable Saundra Brown Armstrong
                                  United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

I, James M. Marzan, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of February, 2012, at Pleasant Hill, California

                                  James M. Marzan, Esq.

**Stipulation and Proposed Order**