1  PETER P. EDRINGTON, Esq. (074355)
2  JAMES M. MARZAN, Esq. (133931)
   EDRINGTON, SCHIRMER & MURPHY LLP
3  2300 Contra Costa Boulevard, Suite 450
   Pleasant Hill, CA  94523-3936
4  Telephone:  (925) 827-3300
   Facsimile:   (925) 827-3320

5  Attorneys for Defendants CITY OF PITTSBURG,
6  CITY OF PITTSBURG POLICE DEPARTMENT,
   DANIEL BUCK, CHUNLIAM SAECHAO, RYAN
7  WILKIE and BRIAN SCOTT

8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA

11 HILARIO MARTINEZ,                    CASE NO.: C11-01017 SBA

12                                      **STIPULATION FOR INDEPENDENT**
             Plaintiff,                 **MEDICAL EXAMINATION OF**
13      vs.                             **PLAINTIFF AND ORDER THEREON**

14 CITY OF PITTSBURG; et al.

15           Defendants.
16 _____/

17      Pursuant to FRCP Rule 35, IT IS HEREBY STIPULATED by and between the parties to
18 this action, through their designated counsel, that plaintiff HILARIO MARTINEZ has agreed to
19 submit to an Independent Medical Examination to be performed by Michael S. Sutro, M.D., who
20 is a board certified orthopedic surgeon, at 2100 Webster Street, Suite 518, San Francisco, CA
21 94115, on March 26, 2012, at 10:00 a.m.  Said examination shall consist of a standard orthopedic
22 examination and may include relevant diagnostic tests and procedures, including x-rays if
23 necessary, but shall not include any diagnostic test or procedure that is painful, protracted or
24 intrusive.

25 DATED: February __, 2012             LAW OFFICES OF PANOS LAGOS
26
                                        _____
27                                      Panos Lagos
                                        Attorney for Plaintiff HILARIO MARTINEZ
28

**Stipulation and Proposed Order**

| | |
|---|---|
| DATED: February __, 2012 | EDRINGTON, SCHIRMER & MURPHY |
| | James M. Marzan<br>Attorney for Defendants<br>CITY OF PITTSBURG, CITY OF PITTSBURG POLICE DEPARTMENT, DANIEL BUCK, CHUNLIAM SAECHAO, RYAN WILKIE and BRIAN SCOTT |

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that plaintiff HILARIO MARTINEZ submit to an Independent Medical Examination to be performed by Michael S. Sutro, M.D., on March 26, 2012, at 10:00 a.m.

Dated: 2/27/12     By: *Saundra B. Armstrong*
                        Honorable Saundra Brown Armstrong
                        United States District Court Judge

## ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

I, James M. Marzan, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of February, 2012, at Pleasant Hill, California

James M. Marzan, Esq.

**Stipulation and Proposed Order**