UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HILARIO MARTINEZ,<br><br>  Plaintiff,<br>  v.<br>CITY OF PITTSBURG, et al.,<br><br>  Defendants. | No. C 11-01017 SBA (LB)<br><br>**ORDER REGARDING PLAINTIFF'S FEBRUARY 10, 2012 LETTER** |

On February 10, 2012, Plaintiff Hilario Martinez filed a letter describing a potential discovery dispute. 02/10/2012 Letter, ECF No. 43.[1] In the letter, Mr. Martinez noted that his counsel was scheduled to meet-and-confer with counsel for defendant City of Pittsburg on February 15, 2012, per the undersigned's standing order. *Id*. Upon review of Mr. Martinez's letter, the court is unable to determine whether a discovery dispute still exists, and, if so, to what extent it exists. If it does, the parties should file a joint letter that informs the court about these issues.

This disposes of ECF No. 43.

**IT IS SO ORDERED.**

///

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-01017 SBA (LB)

Dated: March 1, 2012



LAUREL BEELER  
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**  
**For the Northern District of California**

C 11-01017 SBA (LB)