```
LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
HILARIO MARTINEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO MARTINEZ,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG;<br>CITY OF PITTSBURG POLICE DEPARTMENT;<br>DANIEL BUCK, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #293);<br>CHUNLIAM SAECHAO, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #288);<br>RYAN WILKIE, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #265);<br>BRIAN SCOTT, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (Badge #292); and<br>DOES 1 – 100, inclusive,<br><br>  Defendants. | Case No.: C11-01017 SBA<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON<br><br>F.R.C.P. 41 |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that Defendant RYAN WILKIE be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

IT IS FURTHER STIPULATED that Defendant BRIAN SCOTT be and hereby is dismissed without prejudice.  The parties agree that Defendant BRIAN SCOTT can be re-named as a Defendant in this action should discovery justify re-naming Officer SCOTT in Plaintiff's

STIPULATION – DISMISSAL (WILKIE/SCOTT)                                                           - 1 –

*Martinez v. City of Pittsburg, et al.*
C11-01017 SBA

counsel's opinion. It is further agreed that, while Defendants will not oppose re-naming BRIAN SCOTT as a Defendant in this litigation, should BRIAN SCOTT be re-named in this litigation, he will have all defenses he had as of the time of the filing of his Answer including all rights he had and/or has for his dismissal based on the law and/or the facts of this particular matter.

It is also agreed that should Plaintiff need/want the presence of either Officer SCOTT or Officer WILKIE at Trial, they will appear without the need to either serve them with a subpoena and/or the payment of a witness fee.

Dated: March 2, 2012               LAW OFFICES OF PANOS LAGOS

                                   /s/
                                   _____
                                   Panos Lagos, Esq.
                                   Attorney for Plaintiff,
                                   HILARIO MARTINEZ


Dated: March 2, 2012               EDRINGTON, SCHIRMER & MURPHY

                                   /s/
                                   _____
                                   James M. Marzan
                                   Attorney for Defendants
                                   CITY OF PITTSBURG, CITY OF
                                   PITTSBURG POLICE DEPARTMENT,
                                   DANIEL BUCK, CHUNLIAM SAECHAO,
                                   RYAN WILKIE and BRIAN SCOTT


## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that Defendant RYAN WILKIE is hereby dismissed from this action with prejudice. IT IS FURTHER ORDERED that Defendant BRIAN SCOTT is hereby dismissed from this action without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: 3/6/12                      _____
                                   HON. SAUNDRA BROWN ARMSTRONG
                                   United States District Court Judge

STIPULATION -- DISMISSAL (WILKIE/SCOTT)                                        - 2 -

Martinez v. City of Pittsburg, et al.
C11-01017 SBA

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.** |
| 2 | I, Panos Lagos, declare and attest that concurrence in the electronic filing of this |
| 3 | document has been obtained from each of the signatories. |
| 4 | I declare under penalty of perjury under the laws of the United States of America that the |
| 5 | foregoing is true and corrected. |
| 6 | Executed this  2nd  day of March, 2012, at Oakland, Alameda County, California. |

                          /s/
                       Panos Lagos, Declarant